# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Initial Appearance/Criminal Complaint

| | | | |
|---|---|---|---|
| Case Number: | 1:22-mj-00528-RPM | UNITED STATES vs. **DeJesus** | |
| Hearing Date: | 3/23/2022 | Time In and Out: | 1:55 PM to 2:10 PM |
| Clerk: | SR | Courtroom: | 683 |
| Defendant: | **Manuel Alejandro DeJesus** | Defendant's Counsel: | Ellen Allred, FPD |
| AUSA: | Annette Williams | Pretrial/Probation: | Matthew Sones |
| Interpreter: | Dora Sanchez | DUSM(s): | Bill Markopoulos/April Hemstad/Brian Alfrod |
| CSO: | Charles Bodie | | |

### PROCEEDINGS

- ☒ Defendant sworn
- ☒ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant requests Preliminary Hearing.

### Custody Status

- ☒ Government requesting detention. Defendant requesting detention hearing.
- ☒ Defendant detained pending hearing — Defendant remanded to the custody of the U.S. Marshals pending further order of the Court.
- ☒ Preliminary/Detention Hearings set for Friday, March 25, 2022 AT 9:30 AM before Magistrate Judge Robert P. Myers, Jr.
- ☐ Bond and Conditions entered.

### Other

- ☒ Brady Order executed.